# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-01301-JDE | Date | October 30, 2024 |
|---|---|---|---|
| Title | Gregorio Gonzalez v. Nissan North America, Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Nancy Boehme for Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal

On July 29, 2024, Plaintiff filed a Joint Notice of Settlement, advising that the parties had reached a settlement of all claims at issue in the case and advising that the parties anticipate filing a stipulation of dismissal within 90 days. Dkt. 27 ("Notice").

Based on the Notice, on July 31, 2024, the Court vacated all dates and deadlines in the action and ordered counsel for Plaintiff to "within 90 days of the date of this Order, file either a (1) Stipulation of Dismissal or (2) a Joint Report regarding the status of the action." Dkt. 28 ("Order"). More than 90 days have passed since the entry of the Order and no Stipulation of Dismissal or Joint Report has been filed.

Plaintiff is ordered to show cause, in writing, within 7 days from the date of this Order why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with a Court order under Fed. R. Civ. P. 41(b) and pursuant to the Notice. Plaintiff is advised that a failure to file a timely, compliant response to this Order may result in a dismissal of the action with prejudice.

IT IS SO ORDERED.

Initials of Clerk    nb